1  Paul Swen Prior (NV Bar No. 9324)
   Xyzlo Lee (NV Bar No. 16912)
2  SNELL & WILMER L.L.P.
   1700 S. Pavilion Center Dr., Ste. 700
3  Las Vegas, NV 89135
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: sprior@swlaw.com
5         xlee@swlaw.com

6  *Attorneys for Defendant PetSmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA DAVIDSON, an individual, | Case No. 2:24-cv-01915-RFB-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |
| v. | |
| PETSMART, INC., a foreign corporation; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive | |
| Defendants. | |

Defendant PetSmart, Inc. ("PetSmart") and together with Plaintiff Debra Davidson ("Plaintiff" or "Davidson"), by and through their respective counsel of record, hereby stipulate and agree that:

1. The Court has set the Early Neutral Evaluation in this matter for March 12, 2025. ECF No. 11.

2. PetSmart's corporate representative is unavailable for the Early Neutral Evaluation as presently scheduled. He will be on a pre-planned vacation during the week of March 10–14, 2025. His attendance is critical to the effectiveness of the Early Neutral Evaluation.

3. PetSmart and Davidson have, through their respective counsel, agreed to move the Early Neutral Evaluation pending approval from the Court.

4. The parties respectfully request that the Court reschedule the Early Neutral Evaluation for a date after March 14, 2025. The parties further request that the Court reschedule the pre-ENE telephonic conference and the confidential written evaluation deadline for one and

4937-2293-7357

seven days, respectively, prior to the new Early Neutral Evaluation date.

5. This stipulation is brought in good faith and not for the purpose of delay. The parties have not previously attempted to reschedule the Early Neutral Evaluation.

DATED this 6th day of January 2025.

SNELL & WILMER L.L.P.

*/s/ Paul Swen Prior*
Paul Swen Prior (NV Bar No. 9324)
Xyzlo Lee (NV Bar No. 16912)
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Defendant PetSmart, Inc.*

DATED this 6th day of January 2025.

HENNESS & HAIGHT INJURY LAW

*/s/ Stephen Mendenhall*
Mark G. Henness (NV Bar No. 5842)
Stephen Mendenhall (NV Bar No. 15286)
8972 Spanish Ridge Ave.
Las Vegas, NV 89148
Telephone: (702) 862-8200

*Attorneys for Plaintiff Debra Davidson*

### ORDER

For good cause appearing therein, the parties' stipulation (ECF No. 15) is GRANTED.

Accordingly, IT IS ORDERED that the Early Neutral Evaluation currently scheduled for March 12, 2025 is **VACATED** and **RESET** for **Thursday, March 27, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that written evaluation statements are due by 4:00 p.m. on Thursday, March 20, 2025.

IT IS FURTHER ORDERED that all other provisions of the Court's Order (ECF No. 11) shall govern the early neutral evaluation.

DATED: 1/7/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4937-2293-7357