1  Paul Swen Prior (NV Bar No. 9324)
   Xyzlo Lee (NV Bar No. 16912)
2  SNELL & WILMER L.L.P.
   1700 S. Pavilion Center Dr., Ste. 700
3  Las Vegas, NV 89135
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: sprior@swlaw.com
5         xlee@swlaw.com

6  *Attorneys for Defendant PetSmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA DAVIDSON, an individual, | Case No. 2:24-cv-01915-RFB-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| PETSMART, INC., a foreign corporation; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive | |
| Defendants. | |

   Defendant PetSmart, Inc. ("PetSmart") and together with Plaintiff Debra Davidson ("Plaintiff" or "Davidson"), by and through their respective counsel of record, hereby stipulate and agree that:

   1.   The Court should enter an order dismissing all claims and causes of action asserted against Defendant PetSmart in this action with prejudice;

   2.   Any outstanding hearings, deadlines, and/or other obligations of the Parties in this case shall be vacated; and

   3.   The Parties shall bear their own attorney fees and costs associated with this action.

///

///

///

///

4917-1405-3187

**IT IS SO STIPULATED.**

DATED May 14, 2025.                                          DATED May 14, 2025.

SNELL & WILMER L.L.P.                                   HENNESS & HAIGHT INJURY LAW

*/s/ Paul Swen Prior*                                              */s/ Stephen Mendenhall*
Paul Swen Prior (NV Bar No. 9324)                    Mark G. Henness (NV Bar No. 5842)
Xyzlo Lee (NV Bar No. 16912)                          Stephen Mendenhall (NV Bar No. 15286)
1700 S. Pavilion Center Dr., Suite 700                8972 Spanish Ridge Ave.
Las Vegas, NV 89135                                        Las Vegas, NV 89148
Telephone: (702) 784-5200                               Telephone: (702) 862-8200

*Attorneys for Defendant PetSmart, Inc.*           *Attorneys for Plaintiff Debra Davidson*

**IT IS FURTHER ORDERED.**

**DATED**: this 15th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

4917-1405-3187